UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

        Plaintiff,

        v.                                      Case No. 13-CR-209

STEVEN M. PELNAR,

        Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count One of the Indictment, Defendant Steven M. Pelnar agrees to the forfeiture of the property listed in the forfeiture notice of the Indictment and plea agreement.

**IT IS HEREBY ORDERED** that all right, title and interest in the real property located at 15831, HWY B, Town of Mishicot, Manitowoc County, Wisconsin, specifically parcel number 013-118-009-001.00 only, is hereby forfeited to the United States pursuant to Title 21, United States Code, Section 853.

**IT IS FURTHER ORDERED** that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

**IT IS FURTHER ORDERED** that the terms of this Order shall be recounted in the defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this   7th   day of March, 2014.

s/ William C. Griesbach
WILLIAM C. GRIESBACH, Chief Judge
United States District Court
